# EXHIBIT B

RECEIVED OR FILED
JUSTICE OF THE PEACE 5-1
HARRIS COUNTY, TEXAS
1/15/2021 12:59 PM

**Small Claims Petition**

NO. 215100020040

| | | |
|---|---|---|
| Christopher Eustice | § | In the Justice Court of Harris County, Texas |
| | § | Precinct  5   Place  1 |
| **Plaintiff(s)** | § | |
| vs. | § | |
| Citibank, N.A. | § | |
| | § | |
| **Defendant(s)** | § | |

*Plaintiff:* Christopher Eustice

Describe the legal nature of the plaintiff *(e.g., individual, sole proprietorship, partnership, corporation)*
Individual

*Defendant:* Citibank, N.A.
Address: 388 Greenwich Street
City: New York       State: NY   Zip: 10013   Date of Birth *(if applicable)*:

Describe the legal nature of the defendant *(e.g., individual, sole proprietorship, partnership, corporation)*
Corporation

*Defendant may be served by serving Mike Corbat, CEO of Citibank N.A.
*(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company),* who may be served at
388 Greenwich Street  New York NY 10013
*(state the address for service of process).*
The defendant's usual place of business or residence, or other place where defendant can probably be found is
212 W 18th St        New York, NY 10011                                                   .

**Cause of Action**
*(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)*

Defendant unlawfully and fraudulently closed the Plaintiff's bank account near the end of September 2020 in order to avoid paying a $1500.00 bank account signup bonus. Plaintiff met all funding requirements prior to account closure, and the funds were in place on the account for over 60 days as required. He maintained the balance until Citibank unlawfully closed his account. Citibank refused to pay the $1500 over a nonmaterial breach of their contract that had nothing to do with the Plaintiff or with account funding requirements.
BREACH OF CONTRACT, FCBA VIOLATIONS, AND ELECTRONIC FUNDS TRANSFER ACT ("EFTA") VIOLATIONS FOR MISHANDLED DEBIT CARD DISPUTES, UNLAWFUL CLOSURE OF PLAINTIFF'S BANK ACCOUNTS IN VIOLATION OF

**Relief Requested** *(Describe the relief you are requesting, itemizing the amount of damages you are seeking.)*

$19,568.00 in total monetary damages         THE EQUAL CREDIT OPPORTUNITY ACT
                                             ("ECOA") 15 U.S.C. §1691 et seq.

Respectfully submitted,

*/s/ Chris Eustice*              Printed Name: Christopher D Eustice
*Signature of Plaintiff or Plaintiff's Attorney of Record*    State Bar No. _____
Address: 655 West Forest Dr. Houston TX 77079
Telephone: 832-259-1634          Fax Number: _____
E-Mail Address: chris.eustice@sbcglobal.net

☑ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

Citation - Small Claims Money Damages                                   Tracking Number:

## Case Number: 215100020040

| | | |
|---|---|---|
| Christopher Eustice § | | In the Justice Court |
| Plaintiff § | | Harris County, Texas |
| vs. § | | Precinct 5, Place 1 |
| Citibank, N.A. § | | 6000 Chimney Rock Road |
| Defendant § | | Suite 102 |
| § | | Houston, TX 77081 |
| § | | 713-274-8700 |
| | | www.jp.hctx.net |

### Citation (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS

**TO: ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to:

Citibank, N.A. By Serving              **ALTERNATIVE SERVICE ADDRESS**
Mike Corbat, CEO of Citibank, N.A.     212 W 18th St
388 Greenwich Street                   New York, NY 10011
New York NY  10013

**TO THE DEFENDANT:**
You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this citation. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.

Date Petition Filed: 01/15/2021

Nature of demand made by Plaintiff(s): money owed in the amount of $19,568.00.  A copy of the petition is attached.

### Notice

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Date: 4/6/2021                           /s/ Mariela Perez
                                                             Clerk of the Court
                                                             Harris County Justice Court
                                                             Precinct 5, Place 1

Address of Plaintiff                             Address of Plaintiff's Attorney

655 West Forest Dr
Houston TX 77079

Plaintiff **Christopher Eustice**

VS

Defendant **Citibank, N.A.**

## CERTIFICATE OF SERVICE

CASE # **215100020040**

I HEREBY CERTIFY THAT ON THIS **6th** DAY OF **April**, **2021**

I HAVE DELIVERED A TRUE AND CORRECT COPY OF

(document/filing) **Small Claim Citation**

BY: (means of delivery) **Certified Mail**

TO THE FOLLOWING:

**Citibank N.A by serving Mike Corbat, CEO of Citibank NA**
NAME

**388 Greenwich Street**
ADDRESS

**New York, NY 10013**
CITY    STATE    ZIP

**7011 3500 0003 2185 2006**
CERTIFIED RECEIPT NUMBER

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .71 |
| Certified Fee | 3.60 |
| Return Receipt Fee (Endorsement Required) | 2.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.16 |

Postmark Here

Sent To **Citibank, NA by serving Mike Corbat, CEO of Citibank N.A.**
Street, Apt. No.; or PO Box No. **388 Greenwich Street**
City, State, ZIP+4 **New York NY 10013**
PS Form 3800, August 2006    See Reverse for Instructions

7011 3500 0003 2185 2006

Sworn and Subscribed before me this **6th** day of **April**, **2021**.

_Marinela Puig_
Clerk of the Court / Notary Public

[Seal: JUSTICE COURT PRECINCT 5 PLACE 1 HARRIS COUNTY, TEXAS]

Plaintiff Christopher Eustice

VS

Defendant Citibank, N.A.

## CERTIFICATE OF SERVICE

CASE # 215100020040

I HEREBY CERTIFY THAT ON THIS 6th DAY OF April, 2021

I HAVE DELIVERED A TRUE AND CORRECT COPY OF

(document/filing) Small Claim Citation

BY: (means of delivery) Certified Mail

TO THE FOLLOWING:

NAME: Citibank, N.A. by Serving Mike Corbat, CEO of Citibank, N.A.

ADDRESS: 212 W 18th St

CITY: New York   STATE: NY   ZIP: 10011

CERTIFIED RECEIPT NUMBER: 7011 3500 0003 2185 2013

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .71 |
| Certified Fee | 3.60 |
| Return Receipt Fee (Endorsement Required) | 2.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.16 |

Postmark Here

Sent To: Citibank, N.A. by Serving Mike Corbat, CEO of Citibank, N.A.
Street, Apt. No.; or PO Box No. 212 W 18th St.
City, State, ZIP+4: New York, NY 10011

PS Form 3800, August 2006    See Reverse for Instructions

Sworn and Subscribed before me this 6th day of April, 2021.

_____
Clerk of the Court / Notary Public

Citibank, N.A. by Serving
Mike Corbat, CEO of Citibank, N.A.
212 W 18th St
New York NY  10011

215100020040

## Case Number: 215100020040

| | | |
|---|---|---|
| Christopher Eustice<br>Plaintiff<br>vs.<br>Citibank, N.A.<br>Defendant | § § § § § § § | In the Justice Court<br>Harris County, Texas<br>Precinct 5, Place 1<br>6000 Chimney Rock Road<br>Suite 102<br>Houston, TX 77081<br>713-274-8700<br>www.jp.hctx.net |

### Citation (Small Claims Case)

THE STATE OF TEXAS
COUNTY OF HARRIS

**TO: ANY SHERIFF, CONSTABLE, PROCESS SERVER CERTIFIED UNDER ORDER OF THE SUPREME COURT, OTHER PERSON AUTHORIZED BY COURT ORDER, OR CLERK:**

Deliver this citation, together with a copy of the petition, to:

Citibank, N.A. By Serving
Mike Corbat, CEO of Citibank, N.A.
388 Greenwich Street
New York NY 10013

**ALTERNATIVE SERVICE ADDRESS**
212 W 18th St
New York, NY 10011

**TO THE DEFENDANT:**
You have been sued. You are commanded to appear by filing a written answer to the petition filed by Plaintiff with the Clerk of the Court <u>on or before the end of the 14th day after the date of service</u> of this citation. If you fail to file an answer as required, a judgment by default may be rendered for the relief demanded in the petition.

Date Petition Filed: 01/15/2021

Nature of demand made by Plaintiff(s): money owed in the amount of $19,568.00.  A copy of the petition is attached.

**Notice**
You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hctx.net/ or at the Justice Court.

Date: 4/6/2021



/s/ Mariela Perez
Clerk of the Court
Harris County Justice Court
Precinct 5, Place 1

Address of Plaintiff

655 West Forest Dr
Houston TX 77079

Address of Plaintiff's Attorney

RECEIVED OR FILED
JUSTICE OF THE PEACE 5-1
HARRIS COUNTY, TEXAS
1/15/2021 12:59 PM

**Small Claims Petition**

NO. 215100020040

| Christopher Eustice | § | In the Justice Court of Harris County, Texas |
|---|---|---|
| _____ | § | Precinct __5__   Place __1__ |
| Plaintiff(s) | § | |
| vs. | § | _____ |
| Citibank, N.A. | § | _____ |
| _____ | § | _____ |
| Defendant(s) | § | |

*Plaintiff:* ___Christopher Eustice___

Describe the legal nature of the plaintiff *(e.g., individual, sole proprietorship, partnership, corporation)*
Individual

*Defendant:* ___Citibank, N.A.___
Address: ___388 Greenwich Street___
City: ___New York___   State: __NY__   Zip: __10013__   Date of Birth *(if applicable)*: _____

Describe the legal nature of the defendant *(e.g., individual, sole proprietorship, partnership, corporation)*
Corporation

*Defendant may be served by serving ___Mike Corbat, CEO of Citibank N.A.___
(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company), who may be served at
___388 Greenwich Street  New York NY 10013___
(state the address for service of process).
The defendant's usual place of business or residence, or other place where defendant can probably be found is
___212 W 18th St       New York, NY 10011___.

**Cause of Action**
*(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)*

Defendant unlawfully and fraudulently closed the Plaintiff's bank account near the end of September 2020 in order to avoid paying a $1500.00 bank account signup bonus. Plaintiff met all funding requirements prior to account closure, and the funds were in place on the account for over 60 days as required. He maintained the balance until Citibank unlawfully closed his account. Citibank refused to pay the $1500 over a nonmaterial breach of their contract that had nothing to do with the Plaintiff or with account funding requirements.
BREACH OF CONTRACT, FCBA VIOLATIONS, AND ELECTRONIC FUNDS TRANSFER ACT ("EFTA") VIOLATIONS FOR MISHANDLED DEBIT CARD DISPUTES, UNLAWFUL CLOSURE OF PLAINTIFF'S BANK ACCOUNTS IN VIOLATION OF

**Relief Requested** *(Describe the relief you are requesting, itemizing the amount of damages you are seeking.)*
$19,568.00 in total monetary damages                             THE EQUAL CREDIT OPPORTUNITY ACT
                                                                 ("ECOA") 15 U.S.C. §1691 et seq.

Respectfully submitted,
*Chris Eustice* (signature)
Signature of Plaintiff or Plaintiff's Attorney of Record

Printed Name: ___Christopher D Eustice___
State Bar No. _____

Address: ___655 West Forest Dr. Houston TX 77079___
Telephone: ___832-259-1634___     Fax Number: _____
E-Mail Address: ___chris.eustice@sbcglobal.net___

☑ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.

RECEIVED OR FILED
JUSTICE OF THE PEACE 5-1
HARRIS COUNTY, TEXAS
1/15/2021 12:59 PM

Case Number: __215100020040__

Christopher D Eustice § In the Justice Court
Plaintiff § Harris County, Texas
vs. § Precinct __5__, Place __1__
Citibank, N.A. §
Defendant §

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: __Christopher__ __David__ __Eustice__  My date of birth is: __09__ / __02__ / __1993__
                           First       Middle    Last                              Month/Day/Year

My address is: (Home) __655 West Forest Dr. Houston, TX 77079__
              (Mailing) __655 West Forest Dr. Houston, TX 77079__

My phone number: __832-259-1634__  My email: __chris.eustice@sbcglobal.net__

About my **dependents:** "The people who depend on me financially are listed below.

| # | Name | Age | Relationship to Me |
|---|------|-----|---------------------|
| 1 | David Robert Eustice | 68 | Retired Father |
| 2 | 2 Dogs and 2 Cats | | House Pets |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☑ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**
☑ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☐ Food stamps/SNAP  ☐ TANF  ☐ Medicaid  ☐ CHIP  ☐ SSI  ☐ WIC  ☐ AABD
☐ Public Housing or Section 8 Housing  ☐ Low-Income Energy Assistance  ☐ Emergency Assistance
☐ Telephone Lifeline  ☐ Community Care via DADS  ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension  ☐ Child Care Assistance under Child Care and Development Block Grant
☑ County Assistance, County Health Care, or General Assistance (GA)
☑ Other: _____

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ __N/A__ in monthly wages. I work as a __President/CEO__ for __OpticsandAmmo, LLC__.
   Your job title                                  Your employer

$ __0__ in monthly unemployment. I have been unemployed since (date)_____.

$ __500__ in public benefits per month.

$ __0__ from other people in my household each month: (List only if other members contribute to your household income.)

$ __0__ from ☐ Retirement/Pension ☐ Tips, bonuses ☐ Disability ☐ Worker's Comp
         ☐ Social Security ☐ Military Housing ☐ Dividends, interest, royalties
         ☐ Child/spousal support
         ☐ My spouse's income or income from another member of my household (If available)

$ __N/A__ from other jobs/sources of income. (Describe) _____

$ __N/A__ is my **total monthly** income.   Net Income was Negative $25000 in April 2019

| **5. What is the value of your property?** | | **6. What are your monthly expenses?** | |
|---|---|---|---|
| "My **property** includes: | **Value*** | "My **monthly expenses** are: | **Amount** |
| Cash | $ N/A | Rent/house payments/maintenance | $ |
| Bank accounts, other financial assets | | Food and household supplies | $ |
| __$25,000 in personal__ | $ $25,000 | Utilities and telephone | $ |
| __bank accounts__ | $ | Clothing and laundry | $ |
| _____ | $ | Medical and dental expenses | $ |
| Vehicles (cars, boats) (make and year) | | Insurance (life, health, auto, etc.) | $ |
| __I do not own the__ | $ | School and child care | $ |
| __title to any vehicles__ | $ | Transportation, auto repair, gas | $ |
| _____ | $ | Child / spousal support | $ |
| Other property (like jewelry, stocks, land, another house, etc.) | | Wages withheld by court order | $ |
| __My parents own everything__ | $ N/A | Debt payments paid to: (List) | $ |
| _____ | $ | _____ | $ |
| _____ | $ | _____ | $ |
| ***Total** value of property* | $ Not Sure | ***Total** Monthly Expenses* | $ 20,000 |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: (List debt and amount owed) __I have a lot of debt from college and business expenses. I'm a full time college student and I've been a full time college student for the past 7 years. My father is retired and my mother may retire soon. I have medical expenses from a physical injury and other legal expenses.__ "

If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts."  **Check here if you attach another page.** ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☑ I cannot afford to pay court costs.
☑ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is __Christopher D Eustice__.   My date of birth is: __09__ / __2__ / __1993__.

My address is __655 West Forest Dr.__   __Houston,__   __TX__   __77079__   __USA__
                    Street                         City            State     Zip Code   Country

▶ *Chris Eustice* signed on __1__ / __8__ / __21__ in __Harris__ County, __TX__
Signature                         Month/Day/Year            county name              State

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*                Page 2 of 2



**Judge Israel B. García, Jr.**
Justice of the Peace, Precinct 5 Place 1
Harris County, Texas
6000 Chimney Rock, Suite 102
Houston, Texas 77081

CERTIFIED MAIL™

7011 3500 0003 2185 2013

U.S. POSTAGE >> PITNEY BOWES
ZIP 77081 $ 007.16⁰
02 4W
0000359126 APR 07 2021

FILED
JUDGE ISRAEL GARCIA, JR.
PRECINCT 5 PLACE 1
HARRIS COUNTY, TEXAS
2021 APR 22 AM 10:37

NIXIE 100 DE 1 0004/16/21
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 77081400027 *0933-08476-07-44

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Citibank, N.A. by Serving<br>Mike Corbat, CEO of Citibank<br>N.A.<br>212 W 18th St<br>New York, NY 10011 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4535 8278 9491 27 | 3. Service Type<br>☐ Adult Signature<br>☑ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☑ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☑ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☑ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7011 3500 0003 2185 2013 | | |

PS Form 3811, July 2015 PSN 7530-02-000-9053   2151000 20040   Domestic Return Receipt